*The Honorable Ricardo S. Martinez*

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

L. S., *et al.*,

                  Plaintiffs,

       v.

Jonathan Weeks, *et al.*,

                  Defendants.

Case No.  26-cv-1262-RSM

Stipulated Motion for Protective Order

Noted for Consideration: 04/22/2026

Plaintiffs and Defendants hereby stipulate to the following protective order pursuant to Rule 26(c):

1.      Plaintiffs shall be identified by the first initial of their first and last name throughout this litigation. Their true names shall not be revealed in any publicly-available documents. *See, e.g., Does I thru XXIII v. Advanced Textile Corp.*, 214 F.3d 1058, 1069 (9th Cir. 2000); *John Doe v. Gonzales*, 484 F.3d 445 (7th Cir. 2007); *John Doe v. U.S. Department of Justice*, 867 F.2d 285 (6th Cir. 1989).

2.      The regulation at 8 C.F.R. § 208.6(b) shall remain in effect with regard to Plaintiffs' identities as asylees. Defendants, upon receiving Plaintiffs' real name and other



20415 72 Ave S, Suite 400 | Kent, WA 98032
Tel. (206) 962-5052 | Fax (206) 681-9663
opensky.law

Stipulated Motion for Protective Order
No. 26-cv-1262-RSM – 1

personal identifiers, shall refrain from disclosing such information to any third party or in the public record, except as required to carry out their official duties, and only under seal if filed with the Court.

I certify that this memorandum contains 145 words, in compliance with the Local Civil Rules.

Respectfully submitted this 22nd day of April, 2026.

Respectfully submitted,

CHARLES NEIL FLOYD                              OPEN SKY LAW, PLLC
First Assistant United States Attorney

_/s/ Kristen Vogel_                              _/s/ Devin T. Theriot-Orr_
Kristen Vogel, NY Bar No. 5195664               Devin T. Theriot-Orr, WSBA No. 33995
Assistant United States Attorneys               20415 72nd Ave S., Ste 400
United States Attorney's Office                 Kent, WA 98032
Western District of Washington                  Phone: 206-962-5052
700 Stewart Street, Suite 5220                  Fax:    206-681-9663
Seattle, Washington 98101-1271                  Email: devin@opensky.law
Phone:  206-553-1634
Fax:      206-553-4067
Email:   Kristen.Vogel@usdoj.gov

_Attorneys for Defendants_                        _Attorney for Plaintiffs_

OpenSkyLaw
20415 72 Ave S. Suite 400 | Kent, WA 98032
Tel. (206) 962-5052 | Fax (206) 681-9663
opensky.law

Stipulated Motion for Protective Order
No. 26-cv-1262-RSM – 2

**ORDER**

The parties, having stipulated and agreed, it is so **ORDERED**.

Furthermore, Plaintiff's Motion for Protective Order, Dkt. #2, is STRICKEN as moot.

DATED this 27th day of April, 2026.

Ricardo S. Martinez
United States District Judge

OpenSkyLaw
20415 72 Ave S, Suite 400 | Kent, WA 98032
Tel. (206) 962-5052 | Fax (206) 681-9663
opensky.law

Stipulated Motion for Protective Order
No. 26-cv-1262-RSM – 3