The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| L.S., Y.L., S.L., Z.L. U.L.,<br><br>Plaintiffs,<br>v.<br><br>JONATHAN G. WEEKS, *et al.*,<br><br>Defendants. | Case No. 2:26-cv-01262-RSM<br><br>STIPULATED MOTION TO STAY AND ORDER<br><br>Noted for Consideration:<br>June 16, 2026. |

For good cause, Plaintiffs and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings for 30 days. Plaintiffs brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate their adjustment of status applications.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

USCIS has scheduled all Plaintiffs for an interview on June 24, 2026. With an additional 30 days, the claims in this litigation may be resolved without the need for further judicial intervention. Once the applications at issue are adjudicated, Plaintiffs will voluntarily dismiss this case. Accordingly, the parties respectfully request that there is good cause for the instant action be stayed for 30 days. The parties will submit a joint status report on or before the end of this period.

DATED this 16th day of June, 2026.

Respectfully submitted,

*s/ Kristen R. Vogel*
KRISTEN R. VOGEL, NY No. 5195664
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4073
Email: kristen.vogel@usdoj.gov

*Attorney for Defendants*

I certify that this memorandum contains 220 words, in compliance with the Local Civil Rules.

*s/ Devin T. Theriot-Orr*
DEVIN T. THERIOT-ORR, WSBA No. 33995
OPEN SKY LAW, PLLC
20415 72nd Ave S., Ste 400
Kent, WA 98032
Phone: 206-962-5052
Fax: 206-681-9663
Email: devin@opensky.law

*Attorney for Plaintiff*

**ORDER**

The case is stayed. The parties shall submit a status update within 30 days of this Order. It is so **ORDERED**.

Dated this 16th day of June, 2026.



RICARDO S. MARTINEZ
United States District Judge



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970